UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC RELIANCE, INC., a Washington corporation,

    Plaintiff,

v.

TRANSMOREPRODUCT, a Russian corporation,

    Defendant.

CASE NO. C04-2167RSM

ORDER DENYING MOTION TO VACATE ARBITRATION AWARD AND ORDER TO SHOW CAUSE

    The Court, having considered defendant's motion to vacate the arbitration award, plaintiff's opposition, and the balance of the file, now finds and ORDERS:

    (1) Plaintiff filed this action pursuant to the Foreign Arbitration Act, 9 U.S.C. § 201 *et. seq*, asking this Court to confirm an arbitration award entered in King County Superior Court on April 26, 2004.  The Court earlier denied plaintiff's motion to confirm the award, because the state court action was on appeal.  Dkt. # 9.  Defendant then filed a motion to vacate the arbitration award.  Plaintiff, in response, filed the June 13, 2005, opinion of the Washington State Court of Appeals, affirming the trial court's denial of a similar motion to vacate.

    (2) As this matter has been determined by the state courts, defendant's motion to vacate the arbitration award is DENIED.

ORDER ON MOTION TO VACATE
ARBITRATION AWARD AND ORDER TO
SHOW CAUSE - 1

(3) Plaintiff is hereby ORDERED TO SHOW CAUSE, on or before August 1, 2005, why this action should not be dismissed for lack of jurisdiction and /or as duplicative of the state court action.

DATED this    5    day of   July   , 2005.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO VACATE
ARBITRATION AWARD AND ORDER TO
SHOW CAUSE - 2